LYNN ROSSMAN FARIS (State Bar No. 096029)
ELEANOR MORTON (State Bar No. 220407)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: lfaris@leonardcarder.com
      emorton@leonardcarder.com
      jkeating@leonardcarder.com

Steve D. Larson (OSB No. 86354)
Mark Friel (OSB No. 002592)
STOLL STOLL BERNE LOKTING & SHLACHTER, P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: slarson@ssbls.com
      mfriel@ssbls.com

Attorneys for Plaintiffs

FILED '10 APR 6 15:48 USDC-ORP

ORIGINAL

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAY DUNAKIN, DANIEL D. FITZGERALD, WILLIAM E. HARILSON, RANDALL LUTCHMIE-MAJARAJ, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant. | Case No. CV 10 - 381 - KI<br><br>**CLASS ACTION ALLEGATION COMPLAINT**<br><br>**FLSA COLLECTIVE ACTION; RULE 23 CLASS ACTION**<br><br>1. FLSA Minimum Wage, Overtime<br>   29 U.S.C. §§ 206, 207, 216(b), 255(a)<br>2. Unjust Enrichment<br>3. Injunctive Relief<br><br>**JURY TRIAL DEMAND** |

Page 1-CLASS ACTION COMPLAINT

LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169  Fax: (510) 272-074



#37678

Plaintiffs RAY DUNAKIN, DANIEL D. FITZGERALD, WILLIAM E. HARILSON, RANDALL LUTCHMIE-MAJARAJ, on behalf of themselves and similarly situated drivers for Defendant UPS SUPPLY CHAIN SOLUTIONS, INC., in the United States, allege as follows:

## INTRODUCTION

1.

The Fair Labor Standards Act ("FLSA") requires that employers pay their employees at least the minimum wage for all hours worked, and time-and-a-half their regular rate of pay for all hours worked in excess of 40 in any work week.  An employer may not avoid these legal obligations by simply labeling its workers as "independent contractors," if the employer in fact treats the workers as employees. Nor may any company lawfully unjustly enrich itself, at the expense of those performing service for it, by requiring them to pay the company's operating expenses, like the vehicle costs incurred in performance of delivery service, without full payment of those costs, or by retaining 85% or more of fuel surcharges paid by its customers to defray fuel costs that the company itself pays nothing for, but instead requires its delivery drivers to purchase.

2.

Defendant UPS SUPPLY CHAIN SOLUTIONS, INC. (hereinafter "UPS SCS") does just that.  UPS SCS is a small division within United Parcel Services, Inc., which provides expedited pick up and delivery services for certain business customers.  Unlike the hundreds of thousands of employee drivers in the familiar UPS brown truck and uniform, UPS SCS misclassifies its pick-up and delivery drivers as "independent contractors."  Despite UPS SCS's right to control virtually all material aspects of the work and the complete integration of these drivers into the company's delivery network and despite the applicable statutes and case law providing workers such as plaintiffs with the protections of the FLSA and the common law, UPS SCS continues to

Page 1-CLASS ACTION COMPLAINT

misclassify them as "independent contractors," thereby depriving them of their legal rights to proper compensation and reimbursement for expenses.  UPS SCS has created a "sham" independent contractor arrangement through its mandatory take-it-or-leave-it contract of adhesion entitled "UPS SCS, Inc. Independent Contractor Transportation Agreement," which was drafted unilaterally and is non-negotiable, with unconscionable terms solely for UPS SCS' benefit, and which is subject to rescission as an unconscionable contract that is void as against public policy.

3.

UPS SCS has previously been sued for violation of the FLSA and other state law claims in *LaBrie v. UPS SCS*, 4:09-CV-03182 PJH (N.D. Cal.).  The $12.8 million settlement of that case was approved by the United States District Court on March 10, 2010.  Despite this prior case, UPS SCS continues to misclassify Plaintiffs and the delivery drivers they seek to represent.  In this case, Plaintiffs and similarly-situated drivers they seek to represent, assert claims for those drivers who did not participate in the earlier case and those who have continuing claims under the FLSA by virtue of their continuing and/or current work for UPS SCS, for the time period after that covered by the *LaBrie* settlement.  Plaintiffs and the Rule 23 class they seek to represent also assert nationwide common law claims for unjust enrichment and injunctive relief.

**PARTIES**

4.

Plaintiff RAY DUNAKIN, is resident of Oregon City, in Clackamas County, Oregon. Plaintiff DANIEL FITZGERALD is a resident of Vancouver, Washington, in Clark County, Washington.  Plaintiffs RAY DUNAKIN and DANIEL FITZGERALD both work or worked for UPS SCS in Oregon, predominantly from UPS SCS' warehouses in and around Portland, Oregon. Plaintiffs WILLIAM E. HARILSON and RANDALL LUTCHMIE-MAJARAJ are residents, respectively, of Louisville, Kentucky, and Orlando, Florida.  Plaintiffs are or were all employed

Page 2-CLASS ACTION COMPLAINT

LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510)272-0169 Fax: (510) 272-074

by UPS SCS as purported "independent contractor" drivers for relevant times and some are currently still employed by UPS SCS as delivery drivers. Together, they sue on behalf of themselves and as representatives of all similarly situated drivers in the nationwide classes defined below. Attached hereto as Exhibit A are 50 Consents to Become Party Plaintiff to the FLSA claims in this action executed by all named Plaintiffs, and by 46 similarly situated drivers from 15 states including Florida, Georgia, Illinois, Kentucky, Maryland, Massachusetts, Michigan, Minnesota, New Jersey, New York, Ohio, Oklahoma, Oregon, Pennsylvania and Washington. Plaintiffs will file additional Consents to Become Party Plaintiffs executed by similarly situated drivers.

5.

Defendant UPS SCS is incorporated in Georgia, and is a wholly owned subsidiary of United Parcel Service, Inc. Defendant UPS SCS does business at various locations in the state of Oregon, including in Portland, Oregon as well as in all of the other states in the United States in which the UPS SCS drivers who have signed the attached consents work or worked for the company.

6.

Defendant UPS SCS was formerly known as and/or operated as one or more of the following entities: Air Couriers International, Sonic Couriers of Arizona, Inc., Sonic Air, Inc., Arizona Sonic Air, Inc., UPS Service Parts Logistics, Inc., and UPS Logistics Group. Plaintiffs are informed and believe that these entities have been purchased, merged and/or reorganized under the ownership, direction and control of defendant UPS SCS and/or its parent United Parcel Service, Inc., and defendant UPS SCS is liable for the violations alleged herein, whether committed under the name UPS SCS or under different names, including but not limited to those identified above.

Page 3-CLASS ACTION COMPLAINT

LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510)272-0169 Fax: (510) 272-074

## JURISDICTION AND VENUE

7.

This court has jurisdiction over the subject matter and the parties pursuant to 28 U.S.C. §§ 1331, 2201, and 2202.  This court has supplemental jurisdiction over the related common law claims pursuant to 28 U.S.C. § 1367(a).  Plaintiffs' state common law claims are closely related to plaintiffs' federal claim, as all of plaintiffs' claims share common operative facts.  Resolving all state and federal claims in a single action serves the interests of judicial economy, convenience and fairness to the parties.

8.

Venue is proper in the District of Oregon, District of Portland, under 28 U.S.C. § 1391(b), because some of the wrongful conduct at issue took place there, and Defendant UPS SCS has a warehouse in and does business in Portland, Oregon and has entered into the sham agreements there.

## FLSA COLLECTIVE ACTION ALLEGATIONS

9.

Plaintiffs bring their First Claim For Relief, for violations of the FLSA, as a nationwide collective action pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b) on behalf of the following class, numbering approximately 1,500 persons, which will hereinafter be referred to as the "FLSA Plaintiffs."

> All persons in the United States who perform or performed delivery services for Defendant UPS Supply Chain Solutions, or for its predecessor entities, as purported "independent contractors" and who file written Consents To Become Party Plaintiffs in this Action, and who did not participate in *LaBrie v. UPS SCS,* Case No. 4:09-CV-03182 PJH (N.D. Calif.), for the period commencing three years prior to the filing of such Consents.

LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510)272-0169 Fax: (510) 272-074

10.

Plaintiffs also bring their First claim for Relief, for violation of the FLSA, as a nationwide

collective action pursuant to Section 16(b) of the FLSA, 29 U.S.C. §216(b), on behalf of the

following subclass of drivers, numbering approximately 200, which will hereinafter be referred to

as the "*Post-LaBrie* FLSA Plaintiffs."

> All persons in the United States who perform or performed delivery services for
> Defendant UPS Supply Chain Solutions, or for its predecessor entities, as purported
> "independent contractors" and who participated in the settlement of *LaBrie v. United
> Parcel Service Supply Chain Solutions, Inc.,* Case No.4:09-CV-03182 PJH (N.D. Calif.),
> and who file written Consents To Become Party Plaintiffs in this Action, for the period
> commencing November 1, 2009.

11.

Named Plaintiffs, the FLSA Plaintiffs and the Post-*LaBrie* FLSA Plaintiffs are similarly

situated, perform substantially similar duties for UPS SCS and are uniformly subject to UPS

SCS's contract, common policy and practice of unlawfully classifying said Plaintiffs as

"independent contractors," despite UPS SCS's common practice of reserving to itself the right to

control the method of performance of their duties for UPS SCS and their full integration into the

UPS SCS's delivery network.

12.

The names and addresses of the class members are available from UPS SCS' business

records.

## **RULE 23 CLASS ACTION ALLEGATIONS**

13.

Plaintiffs bring their claim for unjust enrichment alleged herein under Oregon common

law and the similar common law of unjust enrichment in the various states in which drivers made

deliveries for UPS SCS throughout the United States, under Rule 23 of the Federal Rules of Civil

Procedure, on behalf of the following class, which will hereinafter be referred to as the "Unjust

Page 5-CLASS ACTION COMPLAINT

Enrichment Plaintiffs."

> All persons in the United States who perform or performed delivery services for Defendant UPS SCS, or its predecessor entities, in Oregon or any other state in which Defendant UPS SCS, or its predecessor entities did business, as purported "independent contractors," who used their own vehicle to perform such deliveries and who paid for fuel and other vehicle costs without full reimbursement, for the period of the statute of limitations for unjust enrichment in that state.

14.

During the class period, Plaintiffs are informed and believe and on that basis allege that approximately 1700 persons made deliveries for UPS SCS in their own vehicles for UPS SCS customers and paid for fuel and other vehicle-related expenses without full reimbursement who fall within the Unjust Enrichment Class identified above.  All class members were subject to a common unlawful policy and practice by UPS SCS.  The identities of the class members may be ascertained from UPS SCS' business records.

15.

This action may be properly maintained as a nationwide class action under Federal Rule of Civil Procedure 23 because:

A.   *Numerosity.* The members of the Rule 23 Class are so numerous that their individual joinder in a single action is impossible and/or impracticable;

B.   *Common Questions Predominate.*  The central questions of law and fact involved in this action are of a common or general interest and those common legal and factual issues predominate over any questions affecting only individual members of the Rule 23 Class. Among the common questions of law and fact are the following:

i.   Whether the "UPS SCS, Inc. Independent Contractor Transportation Agreement" is an unconscionable, contract of adhesion subject to rescission under Oregon law and other similar states' common law of rescission because it is unconscionable and/or void as against public policy, as alleged below;

Page 6-CLASS ACTION COMPLAINT

LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510)272-0169 Fax: (510) 272-074

ii.     Whether UPS SCS has violated its legal obligation under Oregon and other similar states' common law prohibiting unjust enrichment by retaining over 85% of the fuel surcharges paid by its customers for fuel for deliveries made by plaintiffs' and the class members' in their own vehicles which UPS SCS does not fully reimburse, as detailed below;

iii.     Whether UPS SCS has violated its legal obligation under Oregon and other similar states' common law barring unjust enrichment by failing to provide full reimbursement for all costs incurred for delivery services rendered by the Plaintiffs and the class members they seek to represent, as detailed below.

16.

*Typicality, Adequacy.* The claims of the named representative Plaintiffs are typical of the claims of the Unjust Enrichment Class they seek to represent. The named Plaintiffs share the same interests as other members of the Unjust Enrichment Class in this action because, like other class members, they have each been subjected to UPS SCS's unlawful policies and procedures and practices regarding fuel surcharges, and failure to reimburse for the company's expenses, which resulted in UPS SCS' unjust enrichment at the expense of the Plaintiffs and the Unjust Enrichment Class. Plaintiffs have substantial incentive and are committed to vigorously prosecuting this action. They have retained competent and experienced counsel who specializes in class action and employment litigation to represent themselves and the proposed class.

17.

*Superiority. A* class action is the only realistic method available for the fair and efficient adjudication of this controversy. The expense and burden of individual litigation makes it impracticable for members of the class to seek redress individually for the wrongful conduct herein alleged. Were each individual member required to bring a separate lawsuit, the resulting multiplicity of proceedings would cause undue hardship and expense for the litigants and the

Page 7-CLASS ACTION COMPLAINT

Court and create the risk of inconsistent rulings which would be contrary to the interest of justice and equity.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

18.

Defendant UPS SCS is a national corporation and a division of United Parcel Services, Inc., whose business consists of expedited on-demand package delivery and pick-up service to business customers, using an integrated nationwide network of dispatch and transportation from warehouses run by UPS SCS, and integrating Plaintiffs and all class members into this existing network of sales and operations.  All further reference to the "Plaintiff Classes," "the class members" or "the drivers" shall refer to the FLSA Plaintiffs, Post-*LaBrie* FLSA Plaintiffs and the Unjust Enrichment Plaintiffs and shall include the named Plaintiffs.

19.

UPS SCS hired Plaintiffs and members of the Plaintiff Classes to timely deliver and pick up packages on days, at times, and from and to locations determined solely by UPS SCS, and charging rates to customers and paying drivers in amounts determined solely by UPS SCS.

20.

UPS SCS reserves the right to control the manner and means by which Plaintiffs and the Plaintiff Classes perform their duties for UPS SCS.   UPS SCS controls the dispatch of the drivers' work each day and uses a nationwide dispatch system with common dispatch rules.

21.

UPS SCS unilaterally dictates drivers' "professional appearance and behavior."

22.

UPS SCS requires drivers to insure UPS SCS against all loss resulting from drivers' work for UPS SCS.

Page 8-CLASS ACTION COMPLAINT

23.

UPS SCS unilaterally prescribes in detail how drivers record and document their work for UPS SCS.

24.

UPS SCS unilaterally requires drivers to follow UPS SCS's prescribed methods of delivery and inspection of packages, within deadlines prescribed by UPS SCS.

25.

UPS SCS employs a variety of managerial and supervisory employees who have supervisory responsibility over the drivers, their daily assignments, paperwork and payment. Drivers also interact with UPS SCS dispatch and warehouse personnel regularly.

26.

UPS SCS unilaterally sets the compensation to be paid to Plaintiffs and plaintiff class members.  Deliveries within a short-mileage radius (between 10 and 20 miles) set unilaterally by UPS SCS are paid on a flat rate basis also set unilaterally by UPS SCS (between $11-$15 per delivery).  Deliveries outside the short-mileage radius set by UPS SCS is on a per mile basis (between $.80 and $1.00 per mile) for one-way travel only.  While UPS SCS reimburses Plaintiffs and the plaintiff class members for tolls and parking, it does not reimburse them for the host of other expenses they incur to provide the delivery services described herein; for example, UPS SCS mandates that the drivers have well-maintained and insured vehicles for their use and carry cell phones, by fails and refuses to reimburse for these expenses.

27.

UPS unilaterally determines the mileage for each delivery using a computer program set with parameters determined unilaterally by UPS SCS.  UPS SCS also unilaterally determines when and if two deliveries should be combined and paid at a discounted rate called a "Second

Page 9-CLASS ACTION COMPLAINT

Stop." UPS SCS also unilaterally determines when deliveries have not met its required delivery windows and therefore will not be paid for at all.  UPS SCS also unilaterally determines if and when half-pay will be granted for deliveries that could not be completed through no fault of the driver.

28.

UPS SCS also unilaterally determines that less than 15% of the fuel surcharges it collects from its customers for fuel costs for deliveries performed by Plaintiffs and the Plaintiff classes, will be paid to the drivers although UPS SCS purchases no fuel for those deliveries.

29.

UPS SCS unilaterally set the prices charged to their customers for the services rendered by Plaintiffs and the Plaintiff Classes and UPS SCS determines all fuel surcharges billed to its customers for fuel provided by Plaintiffs and the Plaintiff Classes.

30.

UPS SCS identifies drivers to the Transportation Security Administration ("TSA") as UPS SCS agents, requires drivers to obtain a security clearance with the TSA and assists drivers through this process by providing the answers to the required examination along with the examination itself.

31.

UPS SCS has policies and procedures which drivers are required to follow.  If drivers do not follow UPS SCS policies and procedures they may be subject to various types of punishment, some financial and some disciplinary.

32.

Plaintiffs and members of the Plaintiff Classes provide services which are an integral and essential part of UPS SCS's core business enterprise, the timely delivery of packages, and they

LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510)272-0169 Fax: (510) 272-074

have no separate or distinct occupation or business.  By reliably serving UPS SCS's customers, by following UPS SCS's delivery and pick-up specifications, by reporting to UPS terminals, by using UPS SCS-mandated equipment, and in other material ways, Plaintiffs and members of the Plaintiff Classes have rendered, and continue to render, services to UPS SCS which are integral to the UPS SCS package delivery system.

33.

Plaintiffs and the Plaintiff Classes are economically dependent for their financial livelihood on UPS SCS; and UPS SCS is entirely dependent on Plaintiffs and the Plaintiff Classes to deliver the services provided by UPS SCS.

34.

Either pursuant to written agreements, or common unwritten policies and written practices, UPS SCS uniformly purports to classify Plaintiffs and members of the Plaintiff Classes as "independent contractors." But at the same time, UPS SCS requires drivers to perform all pick up and delivery services that UPS SCS requests, according to the terms and conditions imposed by UPS SCS, including detailed service specifications and payment specifications.  Likewise, UPS SCS retains the right of entry into the drivers' vehicles and to remove items belonging to UPS SCS's customers.  UPS SCS further reserves to itself the right to control and to demand drivers' compliance with UPS SCS's unilaterally imposed requirements regarding *inter alia*, security procedures, payment processes; lost or damaged items processes, purchase and maintenance of insurance, advertising and publicity.  Moreover, UPS SCS requires drivers to secure advance authorization from UPS SCS before drivers can assign any rights or obligations under any agreements with UPS SCS.

35.

The sham written "independent contractor transportation agreements" between UPS SCS

Page 11-CLASS ACTION COMPLAINT

and members of the Plaintiff Classes are and were at all times mentioned herein non-negotiable contracts of adhesion, drafted or imposed exclusively by Defendants and/or their legal counsel, and presented to drivers, who are required to sign written agreements and additionally comply with oral requirements as a condition of employment. Such agreements are unlawful, unconscionable, fraudulent in form and effect and void as against public policy. As such, they are subject to rescission.

36.

Although the nature of the work performed by Plaintiffs and members of the Plaintiff Classes requires no special skill, nor any managerial skills, and makes detailed control by management unnecessary, Defendants nonetheless retain the right to control and do in fact exercise extensive control over the work of the drivers, to fulfill UPS SCS's commitments to its customers.

37.

UPS SCS unlawfully requires Plaintiffs and the members of the Plaintiff classes to provide vehicles and other equipment at their own expense, while investing far more in the warehouses, dispatch system, call centers, nationwide advertising and websites, and personnel to manage, supervise and oversee all of the delivery work performed by Plaintiffs and the members of the Plaintiff classes.

38.

Plaintiffs and the members of the Plaintiff classes have no substantial opportunity for profit or risk of loss based on their managerial skill.

39.

Plaintiffs and the members of the Plaintiff classes work for UPS SCS on a permanent basis and often continue to provide service for many years.

Page 12-CLASS ACTION COMPLAINT

40.

As a practical matter, the drivers' so-called "independent contractor" agreements with UPS SCS are terminable by UPS SCS at will, and without cause.

## FIRST CLAIM FOR RELIEF

(Failure to pay minimum wage and overtime compensation,
29 U.S.C. §206, 207, 216, 255(a))

Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

41.

UPS SCS is an enterprise engaged in commerce and/or in the production of goods for commerce as defined by 29 U.S.C. Section 203(r) & (s) and related Department of Labor regulations.

42.

As employees of UPS SCS, Plaintiffs and FLSA Plaintiffs and *Post-LaBrie* FLSA Plaintiffs are entitled to the protections of the FLSA, including payment of at least the minimum wage for all hours worked, overtime compensation when due, and accurate recordkeeping of hours worked.

43.

UPS SCS routinely required and/or suffered or permitted Plaintiffs, FLSA Plaintiffs and *Post-LaBrie* FLSA Plaintiffs to work for UPS SCS, paying far less than the cost of the vehicle-related and other expenses, and without paying them the minimum wage for all hours worked, and without paying them any overtime premium compensation for the many weeks when they worked more than 40 hours per week, and often worked six and seven days per work week.

LEONARD CARDER. LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510)272-0169 Fax: (510) 272-074

44.

In failing to pay Plaintiffs, FLSA Plaintiffs and *Post-LaBrie* FLSA Plaintiffs the minimum wage for all hours worked in weeks when said Plaintiffs worked 40 hours per week or less, UPS SCS willfully violated 29 U.S.C. Section 206.

45.

In failing to pay Plaintiffs, FLSA Plaintiffs and *Post-LaBrie* FLSA Plaintiffs overtime compensation at one-and-one-half times their regular rate of pay for all hours worked in excess of 40 hours per week, and straight time wages for all hours worked up to 40 hours per week in such weeks, UPS SCS willfully violated 29 U.S.C. Section 207.

46.

WHEREFORE, Plaintiffs, FLSA Plaintiffs, and the *Post-LaBrie* FLSA Plaintiffs are entitled to all wages due and owing for hours worked, including:

      A.      Minimum wages for all hours worked in weeks when said Plaintiffs worked no more than 40 hours or less;

      B.      Straight-time wages calculated according to law, for all hours worked up to 40 hours per week in those weeks when said Plaintiffs worked more than 40 hours in any work week;

      C.      Overtime premium compensation at time-and-one-half Plaintiffs' straight time regular rate of pay for all hours worked in excess of 40 hours per week, pursuant to 29 U.S.C. Sections 216(b) & 255(a),

      D.      In addition, said Plaintiffs are entitled to an additional equal amount as liquidated damages and to costs of this suit and reasonable attorneys fees pursuant to 29 U.S.C. Section 216(b).

LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510)272-0169 Fax: (510) 272-074

## SECOND CLAIM FOR RELIEF

### (Unjust Enrichment)

Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

47.

Plaintiffs and the Unjust Enrichment Plaintiffs provide delivery services to UPS SCS pursuant to a sham, unconscionable "Independent Contractor Transportation Agreement" which were at all times mentioned herein non-negotiable contracts of adhesion, drafted or imposed exclusively by Defendants and/or their legal counsel, exclusively for their benefit and containing multiple unconscionable provisions, including but not limited to: the provisions misclassifying the drivers as "independent contractors" while at all times reserving to UPS SCS the right to control the method and manner of work performance of the drivers, the provisions requiring the drivers to pay all expenses of vehicles and other equipment they are required to use for UPS SCS' benefit, the provisions refusing to provide workers compensation insurance for the drivers as required by law, the provisions compensating drivers by paying them less than the expenses they incur and far below the minimum wages once those expenses are excluded from such compensation.  Such agreements are unlawful, unconscionable, fraudulent in form and effect and void as against public policy.  As such, and because such agreements have no provision to sever the unlawful provisions from the remainder, they are subject to rescission in their entirety.

48.

UPS SCS receives substantial benefits from Plaintiffs and the Unjust Enrichment Plaintiffs, who make deliveries for UPS SCS' customers at UPS SCS' direction.  UPS SCS nonetheless retains and is unjustly enrichment by the amounts it retains from its customers for the delivery services provided by Plaintiffs and the members of the plaintiff classes, without fully

LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510)272-0169 Fax: (510) 272-074

reimbursing them for the expenses of providing such service.

49.

UPS SCS charges its customers a fuel surcharge for fuel paid for by Plaintiffs and the Unjust Enrichment Plaintiffs and receives substantial payments from its customers for such fuel surcharges. UPS SCS does not purchase the fuel used by Plaintiffs and the Unjust Enrichment Plaintiffs for the deliveries they make and which are subject to the fuel surcharge billed to the customers. UPS SCS reimburses Plaintiffs and the Unjust Enrichment Plaintiffs classes only up to 15% of such fuel surcharges. UPS SCS is unjustly enrichment by, at a minimum, the 85% of such surcharges which it retains.

50.

WHEREFORE, Plaintiffs and the Unjust Enrichment Plaintiffs are entitled to full restitution for all their vehicle and related delivery expenses and all UPS SCS -retained fuel surcharges received from customers for deliveries made by them.

### **THIRD CLAIM FOR RELIEF**

#### (Injunctive Relief)

Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

51.

UPS SCS has been and will continue to be unjustly enriched at the expense of Plaintiffs and the Unjust Enrichment Plaintiffs, who make deliveries for UPS SCS' customers at UPS SCS' direction.

52.

Plaintiffs and the Unjust Enrichment Plaintiffs have been and will continue to be injured by UPS SCS' ongoing policy and practice of unjustly enriching itself at Plaintiffs' and the Unjust

Page 16-CLASS ACTION COMPLAINT

Enrichment Plaintiffs' expense.

53.

Plaintiffs and the Unjust Enrichment Plaintiffs have no adequate remedy at law and will continue to be injured unless the Court enjoins UPS SCS' unlawful policy and practice of unjust enrichment.

## PRAYER FOR RELIEF

Plaintiffs, FLSA Plaintiffs, the *Post-LaBrie* FLSA Plaintiffs, and the Unjust Enrichment Plaintiffs pray for judgment as follows:

A.    On Plaintiffs' **First Claim For Relief,** for an order by the Court certifying Plaintiffs' FLSA claims as a collective action under 29 U.S.C. § 216(b), and requiring UPS SCS to identify by name and address all members of the FLSA Plaintiff Class and to provide notice to all class members of this lawsuit and their opportunity to file Consents To Become Party Plaintiffs thereto;

B.    On Plaintiffs' **First Claim For Relief,** for all unpaid wages due and owing under the FLSA,  including: (A) minimum wages for all hours worked in weeks when the class members worked less or no more than 40 hours; (B) overtime compensation at time-and-one-half class members' regular rate of pay for all hours worked in excess of 40 hours per week; (C) straight-time wages for all hours worked up to 40 hours per week in those weeks when class members worked more than 40 hours; (D) plus an equal additional amount as liquidated damages, (E) plus attorneys fees and costs;

C.    On Plaintiffs' **Second and Third Claims For Relief**, for an order certifying these claims as nationwide class action claims pursuant to Fed. Rule Civ. Proc. 23, and providing for notice to all class members of this action and their opportunity to opt out of the Class;

D.    On Plaintiffs' **Second Claim For Relief,** for all unpaid wages due and owing,

LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510)272-0169 Fax: (510) 272-074

including:  for an order restoring and/or returning to Plaintiffs all of defendants' unfairly or

unlawfully obtained profits measured by all un-reimbursed delivery expenses including all fuel

surcharges received but not paid to class members and all other expenses and elements of

restitution required for a full restitutionary remedy;

      E.    On Plaintiffs' **Third Claim For Relief,** for a permanent injunction requiring UPS

SCS to cease its policy and practice of unjustly enriching itself at Plaintiffs' and Unjust

Enrichment Plaintiffs' expense by requiring Plaintiffs to pay all vehicle-related expenses

associated with Plaintiffs' work for UPS SCS and by retaining funds elicited from customers

intended to cover such expenses;

      F.    On all of Plaintiffs' Claims For Relief, for pre-judgment interest at the maximum

lawful amount on all monetary damages and restitution awarded;

      G.    On all of Plaintiffs' Claims For Relief, for attorneys fees and costs;

      H.    For such other and further relief as the Court finds just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury of all claims as to which they are entitled to jury trial.

Dated: April 5, 2010

LEONARD CARDER, LLP

By: _____

Lynn Rossman Faris
Attorney for Plaintiffs and the Plaintiff Classes

Dated:  April 5, 2010

STOLL STOLL BERNE LOKTING &
SHLACHTER, P.C.

By: _____

Mark Friel
Attorney for Plaintiffs and the Plaintiff Classes

Page 18-CLASS ACTION COMPLAINT

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _HAIDAR   ALI_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS. I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_____
SIGNATURE

_HAIDAR   ALI_____
Name (printed)

_9625  VIOLET  DR._____
Address

_ORLANDO, FL. 32824_____
City, State, Zip Code

_407 227 3835_____
Telephone Number

_ABURIYAABH1@JUNO.COM_____
E-mail address

_6 YEARS._____
Years of service at UPS SCS

_ORLANDO, FL._____
UPS SCS Warehouse Location

**EXHIBIT A**
**Page 1 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___JACQUES   ALLOU___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 03|27|10

_____
SIGNATURE

___JACQUES ALLOU___
Name (printed)

___7330 WYANDOT LANE___
Address

___LIBERTY TOWNSHIP, OH 45044___
City, State, Zip Code

___513-349-5742___
Telephone Number

___Jacques.allou@macyS.com___
E-mail address

___THREE (3)___
Years of service at UPS SCS

___CVG & SHARONVILLE___
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___*MOHAMED AMARA*___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_____
SIGNATURE

*MOHAMED   AMARA*
Name (printed)

*199 BELVIDERE AVE*
Address

*JERSEY CITY NJ 07306*
City, State, Zip Code

*201-312-3715*
Telephone Number

_____
E-mail address

*2001 — NOW*
Years of service at UPS SCS

*165 CHUBB AVE LYNDHURST NJ 07071*
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___Muffin Anderson___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:  3/20/10

_Muffin Anderson_
SIGNATURE

_Muffin Faye Anderson_
Name (printed)

_3503 So Hudson_
Address

_Seattle WA 98118_
City, State, Zip Code

_206 380 0789_
Telephone Number

_ANN_KNT@Yahoo.COM_
E-mail address

_3 Yrs_
Years of service at UPS SCS

_Tukwila_
UPS SCS Warehouse Location

**EXHIBIT A
Page 4 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _PATRICE ASSANVO_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 3/27/2010

_____
SIGNATURE

_PATRICE ASSANVO_____
Name (printed)

_P.O. BOX 1074_____
Address

_EAST ORANGE, NJ 07019____
City, State, Zip Code

_973 419 2017_____
Telephone Number

_mystyq@msn.com_____
E-mail address

_(2003-2010) 8 Years_____
Years of service at UPS SCS

_Lyndhurst, New Jersey_____
UPS SCS Warehouse Location

**EXHIBIT A**
**Page 5 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _____Azom M. Aziz_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: _____

_____Azom M. Aziz_____
SIGNATURE

_____Azam M. Aziz_____
Name (printed)

_____123-03 7th Ave_____
Address

_____College Point NY 11356_____
City, State, Zip Code

_____718-461-6497_____
Telephone Number

_____Uri1M02 @aol.com_____
E-mail address

_____1999 - 2009 - 10 years_____
Years of service at UPS SCS

_____165 Chub Ave. Lyndhurst NJ._____
UPS SCS Warehouse Location

**EXHIBIT A
Page 6 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _____JOSEPH   BRUCE_____, a <u>current</u> or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_____
SIGNATURE

_____Joseph   Bruce_____
Name (printed)

_____180   WALKER  Rd_____
Address

_____WEST  ORANGE N J. 07052_____
City, State, Zip Code

_____973 - 951 - 7454_____
Telephone Number

_____JBruce2456@ Comcast. NEt_____
E-mail address

_____4 yrs.._____
Years of service at UPS SCS

_____Lyndhurst NEw Jersey_____
UPS SCS Warehouse Location

**EXHIBIT A**
**Page 7 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST**
**UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS**
**UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___Curtis L. Calhoun___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS. I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 30 March 2010      _C. L. Cal____
                          SIGNATURE

_Curtis L. Calhoun_
Name (printed)

_P. O. Box  59-3484_
Address

_Orlando, FL  32859-3484_
City, State, Zip Code

_407-716-3842_
Telephone Number

_Calh535@gmail.com_
E-mail address

_5 ½ years_
Years of service at UPS SCS

_Orlando, FL  (MCO)_
UPS SCS Warehouse Location

**EXHIBIT A**
**Page 8 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _ROBERTO CRUZ_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 3-30-10

_____
SIGNATURE

_ROBERTO CRUZ_____
Name (printed)

_2130 Sir Lancelot dr. #13_
Address

_Harrisburg Pa. 17110_
City, State, Zip Code

_717 802 6051_
Telephone Number

_Robcandrive@hotmail.com_
E-mail address

_8 Years_
Years of service at UPS SCS

_Current Mechanicsburg Pa._
UPS SCS Warehouse Location
Previos Herndon Va.
Beltsville Md.

**EXHIBIT A
Page 9 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___Eric Cupid___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: April 2, 2010

_____
SIGNATURE

___Eric Cupid___
Name (printed)

___10 11 Aspen Dr.___
Address

___Plainsboro, N.J. 08536___
City, State, Zip Code

___848-565-1068___
Telephone Number

___kendstages @ Yahoo.com___
E-mail address

___8 years___
Years of service at UPS SCS

___Lyndhurst, N.J.___
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _Virginia Danguah_, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS. I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_____
SIGNATURE

_Virginia Danguah_
Name (printed)

_P.O. Box 16155 1_
Address

_Atlanta, GA 30321_
City, State, Zip Code

_(770) 256-8249_
Telephone Number

_Sweetiegin @ MSN.com_
E-mail address

_3_
Years of service at UPS SCS

_Overland Park, KS_
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___BANKIM   DESAI___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 03/30/2010

_____
SIGNATURE

___BANKIM   M.   DESAI___
Name (printed)

___140   BEECH   ST.___
Address

___FORDS,  NJ,  08863___
City, State, Zip Code

732-238-7256 (R)

___(848) 565 - 0015 (cell )___
Telephone Number

___desaibm @ yahoo. com___
E-mail address

___Eleven   (11)___
Years of service at UPS SCS

___(EWR) LYNDHURST & EDISON___
UPS SCS Warehouse Location

**EXHIBIT A
Page 12 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _RAY DUNAKIN_, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 3/20/10

_Ray R Dunakin_
SIGNATURE

_RAY R DUNAKIN_
Name (printed)

_23421 S. Hwy 213 #71_
Address

_Oregon City OR 97045_
City, State, Zip Code

_503-341-4277_
Telephone Number

_freddunakin@yahoo.com_
E-mail address

_7/96 to Present_
Years of service at UPS SCS

_Oregon Portland-Tigard_
UPS SCS Warehouse Location
_Tukwila_

_IC # 11469_

## CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS UNDER THE FAIR LABOR STANDARDS ACT

I, the undersigned _FRANCIS   ENTSUAH_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS. I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: _03:28:2010_

_____
SIGNATURE

_FRANCIS F. ENTSUAH_
Name (printed)

_5517 WINDSOR CT._
Address

_SOUTH LEBANON, OH. 45065_
City, State, Zip Code

_513 - 207- 6279_
Telephone Number

_ffents@yahoo.com_
E-mail address

_1_
Years of service at UPS SCS

_CVG/SHARONVILLE_
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___DANIEL D. FITZGERALD___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:  3/20/10

_____
SIGNATURE

___DANIEL D. FITZGERALD___
Name (printed)

___301 NE 124th___
Address

___VANCOUVER WA 98684___
City, State, Zip Code

___360 624-2287___
Telephone Number

___DANFITZ@COMCAST.NET___
E-mail address

___8 years___
Years of service at UPS SCS

___Portland - Tigard___
UPS SCS Warehouse Location

___18335___

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _JoAQuiN    GoMEZ_ , a current or
                    (print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

                                 _Jouqin Gomez_
                                    SIGNATURE

                                _JoAQuiN  GoMEZ_
                                Name (printed)

                                _237 S. ORCHARD AVE_
                                Address

                                _WAUKEGAN IL 60085_
                                City, State, Zip Code

                                _847-613-9278_
                                Telephone Number

                                _JoAQuiN 237 At YAHOO. COM_
                                E-mail address

                                _10 YeaRS_
                                Years of service at UPS SCS

          _490 supreme DR. BepseNville, IL_
                                UPS SCS Warehouse Location

**EXHIBIT A
Page 16 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___WILLIAM    HARILSON___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_William E Harilson Jr_
SIGNATURE

_WILLIAM  E  HARILSON  JR_
Name (printed)

_2500  SWING  DR_
Address

_LOVISVILLE  Ky  40299_
City, State, Zip Code

_502-550-9925_
Telephone Number

_harilson5aAOL.com_
E-mail address

_11_
Years of service at UPS SCS

_SDF  -  2230  OUTER LOOP_
UPS SCS Warehouse Location
_LOVISVILLE  KY
40219_

**EXHIBIT A
Page 17 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___DWIGHT SHANTIL HARRIS___ , a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_M. S. Harris_
SIGNATURE

_DWIGHT SHANTIL HARRIS_
Name (printed)

_4712  150th  PL  SW_
Address

_Lynnwood, WA. 98087_
City, State, Zip Code

_206-261-5086_
Telephone Number

_YLHARRIS@HOTMAIL.COM_
E-mail address

_4_
Years of service at UPS SCS

_Seattle, WA._
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _____JAY   HURST_____, a current or
  (print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:  3/20/10

_____
SIGNATURE

_____JAY  HURST_____
Name (printed)

_____705 NE 145TH AVE_____
Address

_____VANCOUVER  WA 98684_____
City, State, Zip Code

_____360 - 606 - 0295_____
Telephone Number

_____OPENROAD 27 @ MSN. COM_____
E-mail address

_____9_____
Years of service at UPS SCS

_____TIGARD  MARINE DR  AIRP. WAY_____
UPS SCS Warehouse Location

**EXHIBIT A
Page 19 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _____GARY ISCH_____, a current or

(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:  3/29/10

_____
SIGNATURE

_____GARY ISCH_____
Name (printed)

_____1212 NW 2ND AVE_____
Address

___BATTLE GROUND WA 98604___
City, State, Zip Code

_____360 600 0303_____
Telephone Number

___GARY_ISCH@MSN.com___
E-mail address

_____8_____
Years of service at UPS SCS

_____TIGARD OR_____
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _____*Sandeep Jain*_____, a current or

(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_____
SIGNATURE

_____
Name (printed)    *CANDEEP JAIN*

_____
Address    *P.O.Box 748043*

_____
City, State, Zip Code    *Rego Park, NY-11374*

_____
Telephone Number    *718-414 7318*

_____
E-mail address    *ASAPcourier@yahoo.com*

_____
Years of service at UPS SCS    *5*

_____
UPS SCS Warehouse Location    *JFK-4*

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _ROMUALD KANGA CHATUE_, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: _03/29/2010_

_____
SIGNATURE

_ROMUALD KANGA CHATUE_
Name (printed)

_98 PLEASANT VIEW TER_
Address

_NEW CUMBERLAND, PA, 17070_
City, State, Zip Code

_717-774-3643 / 973-495-7343_
Telephone Number

_Kanga3@yahoo.fr / Kanga3@yahoo.fr_
E-mail address

_08 YEARS_
Years of service at UPS SCS

_IBM DISTRIBUTION CENTER. @ 180 KOST_
UPS SCS Warehouse Location _Road CARLISLE 1701._

_also Call MECHANICSBURG, PA_

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___*Neal Kirk*_____, a current or
    (print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 3-29-10

_____*Neal Kirk*_____
SIGNATURE

_____*Neal Kirk*_____
Name (printed)

___*318 Manchester Rd,*___
Address

___*Camp Hill, PA 17011*___
City, State, Zip Code

___*717-991-4297*___
Telephone Number

___*NealK925 verizon.net*___
E-mail address

___*9 years 3 months*___
Years of service at UPS SCS

___*MDT Carlisle, PA*___
UPS SCS Warehouse Location

**EXHIBIT A
Page 23 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___ANO   KOUAOH_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:  03 - 29 - 10

_____
SIGNATURE

_ANO   KOUAOH_____
Name (printed)

_18 FUNDUS ROAD_____
Address

_WEST-ORANGE  N.J  07052_
City, State, Zip Code

_973 - 668 - 6099_____
Telephone Number

_POPOLIPO1  Hotmail . Com_
E-mail address

_2003_____
Years of service at UPS SCS

_LYNDHURST  NJ_____
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _____*Boris Khun*_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: _____

_____*Boris Khun*_____
SIGNATURE

_____*Boris Khun*_____
Name (printed)

_____*2355 E 29 ft.*_____
Address

_____*Brooklyn NY 11229*_____
City, State, Zip Code

_____*646 3722684*_____
Telephone Number

_____*Boris2355@Yahoo.com*_____
E-mail address

_____*10 Years*_____
Years of service at UPS SCS

_____*637 W 27d NY NY 10001*_____
UPS SCS Warehouse Location

**EXHIBIT A
Page 25 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___SAMUEL KYEI___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:   3/28/10

_____Samuel Kyei_____
SIGNATURE

_____SAMUEL KYEI_____
Name (printed)

_____808 BIRCH GROVE_____
Address

_____MORROW, OH 45152_____
City, State, Zip Code

_____513-328-1661_____
Telephone Number

_____Samuel.kyei@roadrunner.com_____
E-mail address

_____1 YEAR_____
Years of service at UPS SCS

_____CVG/SHARONVILLE_____
UPS SCS Warehouse Location

**EXHIBIT A**
**Page 26 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned <u>HENRY B. LAGAO</u>, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 3/30/10

_____
SIGNATURE

HENRY B. LAGAO
Name (printed)

17 GIFFORD AVE. #4E
Address

JERSEY CITY, NJ 07304
City, State, Zip Code

(201)946-2487(H), (201)640-4363(C)
Telephone Number

NONE
E-mail address

APPROX. 3 YEARS
Years of service at UPS SCS

165 CHUBB AVENUE
LYNDHURST, NJ 07071
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned <u>Randall V Lutchmie-Maharaj</u>, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 03 -29- 10

_____
SIGNATURE

<u>Randall V Lutchmie-Maharaj</u>
Name (printed)

<u>145 Adriana Ct</u>
Address

<u>Davenport FL 33896</u>
City, State, Zip Code

<u>863-424-7963 / Cell-863-664-3316</u>
Telephone Number

<u>RVLH @ Hotmail.com</u>
E-mail address

<u>5 yrs from 7-3-05 to Present</u>
Years of service at UPS SCS

<u>Orlando ( MCO )</u>
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___FERNANDO A. MAGSINO___ , a current or

(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_____
SIGNATURE

FERNANDO A. MAGSINO
Name (printed)

231 NORTH VIVYEN ST.
Address

BERGENFIELD NJ 07621
City, State, Zip Code

201 - 800 - 5586
Telephone Number

DWJENZEL@VERIZON.NET
E-mail address

10 YRS.
Years of service at UPS SCS

LYNDHURST NJ. 07071
UPS SCS Warehouse Location

**EXHIBIT A**
**Page 29 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned SAMIR  MAHARAJ , a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS. I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_____
SIGNATURE

SAMIR  MAHARAJ
Name (printed)

145  ADRIANA  CT
Address

DAVENPORT  FL  33896
City, State, Zip Code

407  346  3894
Telephone Number

SAMIR _ MAHARAJ@HOTMAIL.COM
E-mail address

2
Years of service at UPS SCS

ORLANDO, FL  (MCO)
UPS SCS Warehouse Location

**EXHIBIT A
Page 30 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned DOMINIC MANCINI, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

Dominic J Mancini
SIGNATURE

DOMINIC J MANCINI SI
Name (printed)

652 WENDOVER
Address

PhiLA PA 19128
Cell   City, State, Zip Code

HOME
(267)-249-9164- 215-483-0234
Telephone Number

dnmancini1@comcast.net
E-mail address

7 YRS - 7 MONS
Years of service at UPS SCS

SHARON HiLL-PA-19079
UPS SCS Warehouse Location

**EXHIBIT A
Page 31 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _ISAAC MANU_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_Isaac Manu_____
SIGNATURE

_ISAAC MANU_____
Name (printed)

_830 OAK FOREST DRIVE_____
Address

_MORROW  OH, 45152_____
City, State, Zip Code

_C-(513) 485-8021  H-(513)480-0266_
Telephone Number

_isaac_manu@hotmail.com_____
E-mail address

_2 YEARS  (2008 - 2008)_____
Years of service at UPS SCS

_CVG/SHARONVILLE_____
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _BERNICE McCORKLE_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_Bernice McCorkle_____
SIGNATURE

_BERNICE McCORKLE_____
Name (printed)

_830 OAK FOREST DR._____
Address

_MORROW, OH, 45152_____
City, State, Zip Code

_513-288-0104_____
Telephone Number

_bernice_mle @ yahoo.com_____
E-mail address

_2 yrs._____
Years of service at UPS SCS

_CVG / SHARONVILLE_____
UPS SCS Warehouse Location

**EXHIBIT A**
**Page 33 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _Neville Miller_ , a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: _3/27/10_

_____
SIGNATURE

_Neville   Miller_
Name (printed)

_104 Fountain Oak_
Address

_Villa Ricq   GA   30180_
City, State, Zip Code

_347  236  0651  Sel_
Telephone Number

_770  459  9014_
E-mail address

_25 year_
Years of service at UPS SCS

_New york_
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _ERIC MOLINARD_ , a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS. I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_Eric Molinard_
SIGNATURE

_ERIC MOLINARD_
Name (printed)

_1108 N Willow Ave_
Address

_Broken Arrow OK 74012_
City, State, Zip Code

_(918) 231 - 3746_
Telephone Number

_MSUPERTAS@GMAIL.COM_
E-mail address

_6 years 1 month_
Years of service at UPS SCS

_Tulsa_
UPS SCS Warehouse Location

**EXHIBIT A**
**Page 35 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _Darren Moline_, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS. I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 3/20/10

_____
SIGNATURE

_Darren Moline_
Name (printed)

_1015 W 19th ST_
Address

_Vancouver WA 98660_
City, State, Zip Code

_360-609-1050_
Telephone Number

_DMOLINE @ Hotmail.com_
E-mail address

_10_
Years of service at UPS SCS

_PDX - SEA    13502  IC_
UPS SCS Warehouse Location  _30833 Agent PDX_
_31077 Agent SEA_

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___JoHN  NGUGI_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: _____

_John Nguyi_____
SIGNATURE

_JoHN   NGUGI_____
Name (printed)

_15220  Sodium Si NW____
Address

_RAmsEy   mN  55303_____
City, State, Zip Code

_(617) 438 2382_____
Telephone Number

_CROME_@HOimAiL.com____
E-mail address

_9_____
Years of service at UPS SCS

_BosTon MALDEN $ MINNEAPLIS MN._
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ____CHARLES   NGUNU____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS. I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_____
SIGNATURE

____CHARLES   NGUNU____
Name (printed)

____1   BRYANT   AVE____
Address

____BRADFORD   MA   01835____
City, State, Zip Code

____617  438 3418____
Telephone Number

____Cngunu@hotmail.com____
E-mail address

____6____
Years of service at UPS SCS

____MALDEN,  MA____
UPS SCS Warehouse Location

**EXHIBIT A**
**Page 38 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned  Daniel · O· Odiawo                              , a current or
　　　　　　　　　　(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 3--30-2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SIGNATURE

　　　　　　　　　　　　　　　　Daniel  O·  Odiawo
　　　　　　　　　　　　　　　　Name (printed)

　　　　　　　　　　　　　　　　P·O Box  2412
　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　Bloomfield, NJ, 07003
　　　　　　　　　　　　　　　　City, State, Zip Code

　　　　　　　　　　　　　　　　973-418-9167
　　　　　　　　　　　　　　　　Telephone Number

　　　　　　　　　　　　　　　　dKodiawoh@gmail.com
　　　　　　　　　　　　　　　　E-mail address

　　　　　　　　　　　　　　　　2004-To Present
　　　　　　　　　　　　　　　　Years of service at UPS SCS

　　　　　　　　　　　　　　　　165  chubb  ave,
　　　　　　　　　　　　　　　　Lyndhurst, NJ, 07071
　　　　　　　　　　　　　　　　UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___*HASAN   ORAK*___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: *3 . 30 . 2010*

_____
SIGNATURE

*HASAN   ORAK*
Name (printed)

*307 D Pershing Rd*
Address

*CLIFTON NJ  07012*
City, State, Zip Code

*973 789 4534*
Telephone Number

*adige50@hotmail.com*
E-mail address

*6 years*
Years of service at UPS SCS

*(LYNDHURST NJ.) EWR*
UPS SCS Warehouse Location

**EXHIBIT A
Page 40 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___EUGENE "JACK" RITTER___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:  3/20/10

_Eugene Ritter_
SIGNATURE

_EUGENE JACK RITTER_
Name (printed)

_827 C. ST._
Address

_WASHOUGAL WA. 98671_
City, State, Zip Code

_360 - 835 - 3261_
Telephone Number

_Ponyexpress.1 @ comcast.net_
E-mail address

_3_
Years of service at UPS SCS

_PORTLAND OR AND TIGARD, OR._
UPS SCS Warehouse Location

**EXHIBIT A**
**Page 41 of 50**

## CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS UNDER THE FAIR LABOR STANDARDS ACT

I, the undersigned ___Andres Robles_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_____
SIGNATURE

__Andres Robles_____
Name (printed)

__P.O. Box 692375_____
Address

__Orlando, Florida 32869__
City, State, Zip Code

__(407) 446-2225_____
Telephone Number

__androb1942@hotmail.com__
E-mail address

__8 Years_____
Years of service at UPS SCS

__9695 Delegates Drive, Suite #505__
__Orlando, Florida 32837__
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___David Rodriguez___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS. I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_David Rodriguez_
SIGNATURE

_David Rodriguez_
Name (printed)

_10-41 115 St Apt 1B_
Address

_College Point, N.Y. 11356_
City, State, Zip Code

_1-917-709-7535_
Telephone Number

_VERBAITAIK4@Live.com_
E-mail address

_8 years +_
Years of service at UPS SCS

_New York City_
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _____*Luis Rodriguez*_____, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_____*Luis Rodriguez*_____
SIGNATURE

_____*Luis Rodriguez*_____
Name (printed)

_____
Address

_____*572 57 st  Apt 31*_____
City, State, Zip Code

_____*West New York  NJ  07093*_____
Telephone Number

_____*201 496 4968*_____
E-mail address

_____*6 years*_____
Years of service at UPS SCS

_____*Lyndhurst, N.J.*_____
UPS SCS Warehouse Location

**EXHIBIT A
Page 44 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___Michela Ann Sampier___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_____Michela A Sampier_____
SIGNATURE

_____Michela A. Sampier_____
Name (printed)

_____3772 Saturn Dr._____
Address

_____Midland, MI 48642_____
City, State, Zip Code

_____517-781-0891_____
Telephone Number

___aquariusaries211@aol.com___
E-mail address

___6yrs almost 7 yrs___
Years of service at UPS SCS

___MBS Midland, MI___
UPS SCS Warehouse Location

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _HARJINDER SINGH_, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: _3/29/10_

_Harjinder Singh_
SIGNATURE

_HARJINDER   SINGH_
Name (printed)

_14-15   30TH RO_
Address

_ASTORIA   NY   11102_
City, State, Zip Code

_718 728 0283   CELL: 917 7310366_
Telephone Number

_HSINGH4654 @ AOL COM_
E-mail address

_April 1994 To Till Now (15 YEARS)_
Years of service at UPS SCS

_(EWR) NEW JERSEY_
UPS SCS Warehouse Location
_165 CHUBB AW LYNDHUAST NT 07071_

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___Philippe  SOCKA___, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 04-01-10

_____
SIGNATURE

___Philippe  SOCKA___
Name (printed)

___500  Seaton Square drive___
Address

___Silver Spring MD 20901___
City, State, Zip Code

___301-318-8613___
Telephone Number

___dsocka@yahoo.com___
E-mail address

___2006 - 2008___
Years of service at UPS SCS

___Beltsville, Maryland___
UPS SCS Warehouse Location

**EXHIBIT A
Page 47 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _FIACRE TAKUKAM_ , a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS. I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:
3-2 7 - 10

_____
SIGNATURE

_FIACRE TAKUKAM_
Name (printed)

_2340 GREEN ST HBG_
Address

_HBG. PA 17110_
City, State, Zip Code

_717 265 5596_
Telephone Number

_TAKUKAM @ yahoo. com_
E-mail address

_2006 - 2010 — 4 years_
Years of service at UPS SCS

_180 KOST RD CORLISLE PA. 17015_
UPS SCS Warehouse Location

_TEL 1-800 284 1400_

**EXHIBIT A
Page 48 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned _Alain R. Tamo Noche_, a current or
(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date:

_Alan Tamo_
SIGNATURE

_Alain R TAMO NOCHE_
Name (printed)

_412 Hochberg Rd Pittsburgh PA 15235_
Address

_Pittsburgh PA 15235_
City, State, Zip Code

_(412) 537 6163_
Telephone Number

_alaintamo@gmail.com_
E-mail address

_5 Years_
Years of service at UPS SCS

_Monroeville / Cranberry PA_
UPS SCS Warehouse Location

**EXHIBIT A
Page 49 of 50**

**CONSENT TO BECOME PARTY PLAINTIFF IN CASE AGAINST
UNITED PARCEL SERVICE SUPPLY CHAIN SOLUTIONS
UNDER THE FAIR LABOR STANDARDS ACT**

I, the undersigned ___COLLINCE TANTSING___, a current or

(print first and last name)

Former driver for UPS Supply Chain Solutions (UPS SCS), hereby consent to become a party

Plaintiff in an action arising under the Fair Labor Standards Act as well as other state, federal or

common law, seeking to recover unpaid wages, penalties, interest and any other remedy

applicable under the FLSA, and/or to recover reimbursement of my work-related expenses

incurred as a result of my work for UPS SCS, including any interest or penalties, owed to me by

UPS SCS.  I wish to be represented by Leonard Carder, LLP in any case asserting my rights to

such recovery.

Date: 3/29/2010

_Collincetantsing_
SIGNATURE

_COLLINCE TANTSING_
Name (printed)

_2648 ROBINSON BLV #6_
Address

_PITTSBURGH, PA, 15235_
City, State, Zip Code

_412 867 7332_
Telephone Number

_Collincem@Hotmail.Com_
E-mail address

_02_
Years of service at UPS SCS

_CRANBERRY TOWSHIP, PA_
UPS SCS Warehouse Location

**EXHIBIT A**
**Page 50 of 50**